IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No.: 5:12-CR-367-1BO

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | ORDER |
| v. | ) | |
| | ) | |
| CAROLYN WILLIS GRANT, | ) | |
| | ) | |
| Defendant. | ) | |

The Defendant has not shown good cause why her Motion to Quash Subpoenas (D.E. 41) should be granted, and the United States has shown good cause for the issuance of said subpoenas. Therefore, the motion to quash is hereby DENIED.

This __6__ day of __Feb__, 2014.

_____
TERRENCE W. BOYLE
United States District Judge