IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO.:  5:12-CR-367-1BO

UNITED STATES OF AMERICA,      )
                               )
            Plaintiff,         )
                               )
      v.                       )   WITHDRAWAL OF WRIT OF
                               )   CONTINUING GARNISHMENT
CAROLYN WILLIS GRANT,          )
                               )
            Defendant.         )


On January 13, 2014, a Writ of Continuing Garnishment to Principal Funds was issued in this case, based on an Application for Writ of Continuing Garnishment filed by the United States of America.  The United States of America has now withdrawn its Application for Writ of Continuing Garnishment and requests that the Writ of Continuing Garnishment issued on January 13, 2014 to Principal Funds be withdrawn.  The Writ of Continuing Garnishment issued on January 13, 2014 to Principal Funds filed in this matter is hereby withdrawn and is of no further legal consequence.

This 6th day of March, 2014.


_____
JULIE A. RICHARDS
Clerk, U. S. District Court