IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:12-CR-367-BO

| | |
|---|---|
| CAROLYN WILLIS GRANT, ) | |
| Petitioner, ) | |
| ) | |
| v. ) | **O R D E R** |
| ) | |
| UNITED STATES OF AMERICA, ) | |
| Respondent. ) | |

This cause comes before the Court on petitioner's motions to recommend placement in a residential reentry center, halfway house, or in home confinement [DE 52, 53]. Petitioner has filed two motions asking that this Court recommend that the Bureau of Prisons allow her to serve five months in a residential reentry center and six months in home confinement. The government did not respond, and the matter is ripe for ruling. The Court's recommendation is one of five factors considered by Bureau of Prisons when designating offenders to places of incarceration. 18 U.S.C. § 3621(b).

Petitioner's motions are [DE 52, 53] is GRANTED IN PART and DENIED IN PART. The Court RECOMMENDS to the Bureau of Prisons that petitioner be permitted to serve eleven months in an appropriate community corrections or residential reentry center. The clerk is DIRECTED to serve a copy of this order on the United States Probation Office and the Bureau of Prisons.

SO ORDERED, this 25 day of July, 2018.

TERRENCE W. BOYLE
UNITED STATES DISTRICT JUDGE